IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-RWS |
| ERNESTO ESCOBAR, | : | |
| JOSEPH IVAN DIAS, | : | |
| DIMAS ALFARO-GRANADOS, | : | |
| EDWIN MENJIVAR, | : | |
| WILLIAM ESPINOZA, | : | |
| OMAR CUBILLOS, and | : | |
| CHRISTOPHER CASTRO | : | |
| RARMIREZ, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [578] of Magistrate Judge E. Clayton Scofield, III.  After reviewing the Report and Recommendation and Defendant Menjivar's Objections [584] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, the Motions for Severance [356, 364, 371, 367, 349, 374] in so far as they raise

potential <u>Bruton</u> issues, will be **DEFERRED** until trial.  However, the Government shall, at least forty-five (45) days prior to trial, either (1) acknowledge that no statements subject to <u>Bruton</u> will be introduced; or (2) concede that severance is required; or (3) provide any statements intended to be admitted into evidence for review by the undersigned, with copies to the defense, with redactions if the Government contends the statements are redactable.  Defendant will be permitted to file a brief in response to the tender of the statement within seven (7) days stating any objections to admissibility.  Motions for Severance [371, 367, 349, and 374] in so far as they are otherwise based upon prejudicial joinder are **DENIED**.  As for Defendant Menjivar's Objections, the Court notes that these objections are grounded in a concern about being joined in a trial with sixteen (16) other Defendants.  The Court has not yet decided how these cases will proceed to trial.  When that decision is made, Defendant will have an opportunity to raise any current concerns regarding prejudice with the Court.

      **SO ORDERED** this   3rd   day of October, 2011.

*[signature]*
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)