IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL INDICTMENT NO. |
| v. | : 1:10-CR-86-RWS-ECS |
| Miguel Alvarado-Linares, et al. Defendants. | : |

### REPORT AND RECOMMENDATION

Upon consideration of the motion to authorize interim payments [Doc. 449], and the renewed motion to authorize interim payments [Doc.583], the undersigned **RECOMMENDS** that the motion be **GRANTED** and that a memorandum order in the form attached hereto as Exhibit "A" be entered by the district judge and approved by the appropriate circuit judge as provided under the Guide to Judiciary Policy ("Guide"), Volume 7, Part A, § 230.73.10. This case appears to be an appropriate case for interim payments given the length of the case and the resulting hardship on counsel from undertaking this representation for such a period without compensation.

**SO REPORTED AND RECOMMENDED,** this 14th day of November, 2011.

/s/ *E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE