**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-RWS |
| MIGUEL ALVARADO-LINARES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of Reports and Recommendations issued by Magistrate Judge E. Clayton Scofield, III. After reviewing the record, the Court issues the following rulings.

Defendant Miguel Alvarado-Linares filed a Motion to Dismiss for denial of the right to a speedy trial [542]. Judge Scofield issued a Report and Recommendation [627] on November 14, 2011 recommending denial of the Motion. After reviewing the Report and Recommendation and Defendant's Objections [662] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly,

Defendant Miguel Alvarado-Linares' Motion to Dismiss for Denial of the Right to a Speedy Trial [542] is **DENIED**.

Defendants Miguel Alvarado-Linares, Ernesto Escobar, and Kenedis Bonilla filed Motions to Dismiss for Lack of Jurisdiction [377, 392, and 413]. These Defendants assert that the allegations described in Count One of the Indictment do not state an offense cognizable under the United States Constitution or the RICO statute, 18 U.S.C. 1962(c). Judge Scofield issued a Report and Recommendation [628] recommending denial of the Motions. After reviewing the Report and Recommendation and Defendants' Objections [644 and 662] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction [377, 392, and 413] are **DENIED**.

On November 14, 2011, Judge Scofield issued a Report and Recommendation [631] recommending that a Motion to Authorize Interim Payments [449] and a Renewed Motion to Authorize Interim Payments [583] be granted. The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Interim payments have been

2

AO 72A
(Rev.8/82)

authorized for all counsel pursuant to this Court's Order [668] issued December 15, 2011.

On March 20, 2012, Judge Scofield issued a Report and Recommendation [701] recommending that Motions to Suppress Evidence filed by Defendants Omar Cubillos and Carlos Mendoza [347, 348] and a Motion to Suppress Statements filed by Defendant Cubillos [391] be denied. The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motions to Suppress Evidence filed by Defendants Cubillos and Mendoza [347, 348] are **DENIED**, and the Motion to Suppress Statements filed by Defendant Cubillos [391] is **DENIED**.

**SO ORDERED** this __8th__ day of May, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)