**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-12-RWS |
| WILLIAM ESPINOZA , | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [719] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation and Defendant's Objections [724] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. In his Objections, Defendant takes issue with Judge Scofield's conclusion that the gun was found in the open. The court finds that the record supports Judge Scofield's conclusion. T[571]-29. There was no evidence that the gun was in a closed suitcase. Therefore, Defendant's Objections are overruled.

AO 72A
(Rev.8/82)

Based on the foregoing, Defendant's Motion to Suppress the out of court identification [401] and Motion to Suppress Evidence [400] are **DENIED**.

**SO ORDERED** this  25th  day of April, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)