**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION NOS. |
| v. | : 1:10-CR-86-12-RWS-CMS |
| | : 1:10-CR-86-26-RWS-CMS |
| WILLIAM ESPINOZA and | : |
| REMBERTO ARGUETA, | : CIVIL ACTION NOS. |
| | : 1:16-CV-203-RWS-CMS |
| Defendants. | : 1:16-CV-1776-RWS-CMS |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Catherine M. Salinas [Doc. No. 1455]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 1455] is hereby approved and adopted as the opinion and order of this Court. As such, Defendants' Motions [Doc. Nos. 1416 and 1422] are DENIED, and Certificates of Appealability are DENIED. Defendant Espinoza's Motion for Notice [Doc. No. 1418] is DENIED as moot. The Clerk is DIRECTED to close the Civil Actions.

**SO ORDERED** this 14th day of May, 2018.

_____
**RICHARD W. STORY**
United States District Judge